IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROSENDA SAMUEL, Individually and as Special Administrator of the Estate of RIENDA SUPU; and LEWIS SAMUEL,<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES OF AMERICA; HAWAII HEALTH SYSTEMS CORPORATION dba HILO MEDICAL CENTER; JAMES MORRISON, M.D.; JOANN SARUBBI, M.D.; KIRK WEBER, M.D.; DOE DEFENDANTS 1-100,<br><br>Defendant(s).<br>_____<br>UNITED STATES OF AMERICA,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>HAWAII HEALTH SYSTEMS CORPORATION dba HILO MEDICAL CENTER<br><br>Third-Party Defendant.<br>_____ | CV 15-00141 DKW-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

# ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 23, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Grant Defendants Joann Sarubbi, M.D.'s; Kirk Weber, M.D.'s; and James Morrison, M.D.'s Joint Petition for Determination of Good Faith Settlement, filed July 7, 2017" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 11, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Rosenda Samuel v. United States of America, et al.;*
Civil No. 15-00141 DKW-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**