IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROSENDA SAMUEL, Individually and as Special Administrator of the Estate of RIENDA SUPU; and LEWIS SAMUEL,<br><br>      Plaintiff(s),<br><br>  vs.<br><br>UNITED STATES OF AMERICA; JAMES MORRISON, M.D.; JOANN SARUBBI, M.D.; KIRK WEBER, M.D.; DOE DEFENDANT 1-100,<br><br>      Defendant(s).<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>      Third-Party Plaintiff<br><br>  vs.<br><br>HAWAII HEALTH SYSTEMS CORPORATION dba HILO MEDICAL CENTER,<br><br>      Third-Party Defendant | CV 15-00141 DKW-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on September 15, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Granting Defendant United States of America's Petition for Determination of Good Faith Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: October 3, 2017 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge

ROSENDA SAMUEL, Individually and as Special Administrator of the Estate of RIENDA SUPU; and LEWIS SAMUEL v. USA; CIVIL NO. 15-00141 DKW-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION